IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00501-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CLAUDIA LUEVANO RANGEL,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on defendant Rangel's Motion to Modify Defendant's Conditions of Probation to Exempt Defendant from the Requirement that the Probation Department Notify her Employer of the Defendant's Conviction [Docket No. 136]. The motion requests that the Court direct the Probation Department not to notify the defendant's employer of her conviction in this case or of the fact that she is currently on probation. According to the motion, the government opposes this request.

    Pursuant to the US. Probation Department's policy, at the beginning of a period of probation, the assigned Probation Officer verifies a defendant's job duties and responsibilities with her employer and also independently verifies her job duties to assess any third party risks. Thereafter, the Probation Officer will continue to monitor the defendant's employment, which may include random visits.

    The defendant's request would greatly compromise the Probation Department's ability to verify the defendant's employment, assess third party risks, and monitor her

employment during the term of probation.  Given that defendant was convicted of financial fraud, which fraud occurred over many years, and given that defendant's current job gives her access to consumer credit information, it is important for the Probation Department to be able to perform its standard job verification and monitoring. Therefore, it is

ORDERED that defendant's Motion to Modify Defendant's Conditions of Probation to Exempt Defendant from the Requirement that the Probation Department Notify her Employer of the Defendant's Conviction [Docket No. 136] is denied.

DATED October 11, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge